1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8   MATTHEW J. MONACO, Jr.,

9           Plaintiff,                      No. 2:12-cv-1231 GGH P

10      vs.

11  STEVE MOORE, Sheriff,

12          Defendant.                      ORDER FOR PAYMENT
                                            OF INMATE FILING FEE
    _____/

13

14  To:  The Sheriff of San Joaquin County, Attention:  Inmate Trust Account, 7000 Michael Canlis

15  Blvd., French Camp, California 95231:

16              Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

17  statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

18  20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

19  average monthly balance in plaintiff's trust account for the 6-month period immediately

20  preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

21  filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

22  of the preceding month's income credited to plaintiff's trust account.  The San Joaquin County

23  Sheriff is required to send to the Clerk of the Court the initial partial filing fee and thereafter

24  payments from plaintiff's inmate trust account each time the amount in the account exceeds

25  $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

26  \\\\\

                                            1

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Sheriff of San Joaquin County or a designee shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the San Joaquin County Sheriff or a designee shall collect from plaintiff's inmate trust account monthly payments from plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the trust account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Sheriff of San Joaquin County, Attention: Inmate Trust Account, 7000 Michael Canlis Blvd., French Camp, California 95231.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: October 9, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:kly
mona1231.cdc(2)