IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW J. MONACO, JR.,

    Plaintiff,                         No. 2:12-cv-1231 GEB AC P

    vs.

STEVE MOORE, Sheriff,

    Defendant.                  <u>ORDER</u>

_____/

        On May 1, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 25, 2013, denying plaintiff's request to be permitted to amend his first amended complaint to add Doe defendants. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 25, 2013, is affirmed.

Dated: May 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1