IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW J. MONACO, JR.,

    Plaintiff,                  No. 2:12-cv-1231 GEB AC P

   vs.

STEVE MOORE, Sheriff,

    Defendant.                <u>ORDER</u>

                              /

       Plaintiff, a pretrial detainee proceeding pro se, has moved for the voluntary dismissal of this action. Defendant has not filed either an answer or a motion for summary judgment. Therefore, pursuant to Fed. R. Civ. 41(a)(1)(i), the case is dismissed.

       Accordingly, the Clerk shall close this case.

DATED: May 22, 2013

                                         /s/ Allison Claire
                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE

AC:009/kly
mona1231.59a