IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW J. MONACO, JR.,

    Plaintiff,     No. 2:12-cv-1231 GEB AC P

  vs.

STEVE MOORE, Sheriff,

    Defendant.     ORDER
_____/

    Plaintiff, a pretrial detainee proceeding pro se, has moved for the voluntary dismissal of this action. Defendant has not filed either an answer or a motion for summary judgment. Therefore, pursuant to Fed. R. Civ. 41(a)(1)(i), the case is dismissed.

    Accordingly, the Clerk shall close this case.

DATED: May 22, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/kly
mona1231.59a